UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SARAH GEIGER  CASE NO. 6:22-CV-00374

VERSUS  JUDGE ROBERT R. SUMMERHAYS

GRAVOIS ALUMINUM BOATS, LLC  MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

Before this Court is a MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Plaintiff (Rec. Doc. 36) and a Motion to Consolidate filed by Defendant. (Rec. Doc. 19). These motions were referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION FOR PARTIAL SUMMARY JUDGMENT (Rec. Doc. 36) is GRANTED IN PART such that Judgment is hereby issued declaring Defendant liable for breach of the 2018 Act of Sale of Stock executed between Plaintiff and Defendant. Plaintiff's motion is hereby DENIED IN PART as to Plaintiff's request for certification of this Judgment as final under Fed. R. Civ. P. 54(b). Plaintiff's motion is hereby DENIED as MOOT insofar as it seeks a judgment regarding the impact of this Judgment on her remaining suits by application of the doctrine of res judicata.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant's MOTION TO CONSOLIDATE (Rec. Doc. 19) is GRANTED and, accordingly, Civil Action Nos. 22-CV-05877 and 23-CV-1379 are hereby CONSOLIDATED with the instant suit for all

purposes. The Clerk of Court shall docket all future filings in the consolidated member suits under Civil Action No. 22-CV-374 as the lead case.

**IT IS FINALLY ORDERED** that these consolidated suits are REFERRED to Magistrate Judge Ayo for a telephone scheduling conference. The Magistrate Judge shall set the teleconference with notice to all parties via CM/ECF.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 14th day of February, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE